UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JO ANNA CANZONERI McCORMICK, an individual, *et al.*; JOHN DOES 1−1000; JANE DOES 1−1000,

           Plaintiffs,

-against-

TRIBUNE COMPANY, a business entity, *et al.*; TRIBUNE COMPANY, (Subsidiaries), a business entity, *et al.*; JOHN DOES 1−1000; JANE DOES 1−1000, inclusive

           Defendants.

19-CV-9089 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

    On December 8, 2011, Plaintiff Jo Anna Canzoneri McCormick was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Canzoneri, et al., v. Tribune, et al.*, ECF 1:11-CV-6614, 6 (S.D.N.Y. Dec. 8, 2011). Plaintiff files this new *pro se* case and has not paid the filing fee or sought leave from the Court to bring this action. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the December 8, 2011 order.

    The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket.

    The Clerk of Court is directed to docket this as a "written opinion" within the meaning of Section 205(a)(5) of the E-Government Act of 2002.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: October 1, 2019
        New York, New York

                                            COLLEEN McMAHON
                                        Chief United States District Judge